# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LINDA MCDUFFIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO: |
| | ) | 1:23-CV- 02684-AT |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| a foreign insurance company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE TO TAKE DEPOSITION OF THE 30(b)(6) CORPORATE REPRESENTATIVE OF PHH MORTGAGE CORPORATION DUCES TECUM

TO:   PHH Mortgage Corporation
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

YOU ARE HEREBY NOTIFIED, pursuant to Fed. R. Civ. P. 30(b)(6), that on **Wednesday, September 4, 2024** commencing at **10:00 a.m. EST**, at the office of **Swift Currie McGhee & Hiers** located at **1420 Peachtree St NE, Suite 800, Atlanta, GA 30309,** before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of the Rule 30(b)(6) representative of PHH Mortgage Corporation, for discovery, preservation of

evidence, use at trial, cross-examination and all other purposes allowed by law. The deposition will continue from day to day until examination is completed.

All person(s) designated to attend the deposition should be prepared to testify on the following areas of inquiry and make reference to documents, exhibits, or other demonstrative materials, presented during the deposition.

PHH Mortgage Corporation is requested to designate and make available for the Rule 30(b)(6) deposition those individuals who will produce and testify regarding the following subject matter:

## DEFINITIONS

1. Plaintiff: As used herein shall mean Linda McDuffie and shall include any individual and/or entity acting on behalf of Linda McDuffie. For the purposes of this Notice only, "Plaintiff" shall include activities and communications with Sandra Daugherty, Plaintiff's sister and co-obligor on the mortgage.

2. Property: As used herein shall mean all of the buildings contained within and that are a part of the 2211 Carriage Drive, Morrow, Georgia 30260.

3. Loss: As used herein shall mean the purported fire event which is the subject of this lawsuit

4. Plaintiff's Claim – As used herein shall mean State Farm Fire and Casualty Company's claim number 11-18X8-52C.

5. The Policy: As used herein shall mean State Farm Fire and Casualty Company's Policy No. 81-GDM200-3.

6. Loan: As used herein shall mean, PHH Mortgage Corporation's loan to Plaintiff, number 0706514072.

7. Communication: As used herein, "communication" shall include any oral utterance made, heard or overheard, whether in person or by telephone or otherwise, as well as every document and every other mode of intentionally conveyed meaning or messages such as letters, emails, and text messages.

## TOPICS

The designated individual(s) shall give testimony on behalf of PHH Mortgage Corporation ("PHH Mortgage") regarding the following topics:

1. Plaintiff Linda McDuffie's insurance claim, relating to the Loss with State Farm Fire and Casualty Company;

2. All documents which have been produced or are to be produced by PHH Mortgage in this lawsuit;

3. All activities related to the Loan which occurred from January 2020 to the present including loan "pauses", loan modifications, loan foreclosures, loan short sales, and other information;

4. All Communications between any representative or person employed by or acting on behalf of PHH Mortgage, including but not limited to Jason

Fernandes, and any representative or person employed by and/or acting on behalf of Plaintiff from April 2021 to present, relating to the April 24, 2021 fire loss to the Property;

5. All Communications between any representative or person employed by or acting on behalf of PHH Mortgage, including but not limited to Jason Fernandes, and Plaintiff's attorneys at any time;

6. All Communications between any representative or person employed by or acting on behalf of PHH Mortgage, including but not limited to Jason Fernandes, and any representative or person employed by and/or acting on behalf of State Farm Fire and Casualty Company regarding the Property at any time;

7. All inspections of the Property completed on behalf of PHH Mortgage, including by Guardian Asset Management, at any time;

8. Any and all photographs of the property, taken by any representative of PHH Mortgage, including Guardian Asset Management, at any time;

9. All payments issued to or cancelled checks submitted to PHH Mortgage;

10. PHH Mortgage's draws of State Farm's claim funds to Plaintiff and/or a representative of Plaintiff;

11. PHH Mortgage's payments from monies submitted by State Farm towards Plaintiff's past due mortgage payments on her Loan;

12. PHH Mortgage's payments from monies submitted by State Farm to make Plaintiff's escrow balance current on her Loan;

13. Jason Fernandes's employment with PHH Mortgage including his/her involvement or communications with Plaintiff while employed at PHH Mortgage.

14. Any attempt by PHH Mortgage to advertise the Property for sale;

15. PHH Mortgage's notice of intent to foreclose and/or the foreclosure of Plaintiff's Property in 2020, including any documents or payments submitted that suspended or temporarily suspended the foreclosure;

16. PHH Mortgage's notice of intent to foreclose and/or the foreclosure of Plaintiff's Property in 2023, including any documents or payments submitted that suspended or temporarily suspended the foreclosure;

17. PHH Mortgage's current foreclosure status of Plaintiff's Property;

18. Each instance of Plaintiff's Loan with PHH Mortgage being delinquent, including the amounts of the delinquencies and payments made towards the delinquencies, at any time;

19. Each time period of Plaintiff's failure to make her monthly mortgage payments on her Loan for the Property;

20. Steps taken by PHH Mortgage during each instance of Plaintiff's failure to make payments towards her mortgage Loan; and

21. Current status of Plaintiff's mortgage Loan on the Property through PHH Mortgage.

## **DOCUMENTS REQUESTED**

PHH Mortgage Corporation is requested to produce copies of the documents identified below **5 days prior** to the deposition:

> A **certified copy of your complete file** related to PHH Mortgage Corporation ("PHH Mortgage") Loan Number 0706514072, the property located at 2211 Carriage Drive, Morrow, Georgia 30260 (the "Property"); Linda McDuffie ("Plaintiff"); State Farm Fire and Casualty Company ("State Farm") claim no. 11-18X8-52C (the "Claim"), which involved a fire at the Property. The documents produced should include, but are not be limited to, the following:
>
> a. A copy of any mortgage diary or log of activities maintained by PHH related to the Loan;
>
> b. Copies of any documents relating to any foreclosure or threatened foreclosure on the Property secured by the mortgage, including any demand letters, advertisements for sale, records of any sale, and/or of sale funds received;
>
> c. Copies of any and all documents evidencing inspections of the Property performed by any company, including but not limited to those related to the purchase and/or refinance of the Property including, but not limited to, inspection reports, contractor estimates, notes, correspondence, measurements, photographs, drawings, diagrams, sketches, punch lists, and similar documents;
>
> d. Copies of any and all appraisals prepared either before or after the purchase and/or refinance of the Property;
>
> e. A complete copy of any closing paperwork for the purchase and/or refinance of the Property or any loan secured by the Property which details the purchase price and any division of sale

proceeds including but not limited to mortgage documents, purchase and sale agreements, amendments to address concerns, and other similar documents;

f. Any and all communications (whether by U.S. mail, fax, e-mail, text message, etc.) exchanged between PHH Mortgage and/or any person or entity acting on its behalf and any other individual or entity, including but not limited to, Linda McDuffie and/or any person or entity acting on her behalf, related to the Property and/or the Claim;

g. Any and all documents identifying any repairs made to the Property whether before, after, or as part of the contract for the purchase of the Property;

h. A copy of the payment history for the mortgage related to the Property, including the current status of the mortgage;

i. A copy of any log, diary, or other recording system which keeps track of events in the management and/or servicing of any loan secured by the Property;

j. A copy of any escrow statements, increases, reduction or other similar documents for any loan secured by the Property; and

k. Any and all other documentation related to the Property, Linda McDuffie, and/or the Claim.

This 8th day of August, 2024.

                                                  **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

                                                  */s/Emma S. N. H. Rodrick*
                                                  Jessica M. Phillips, Esq.
                                                  Georgia Bar No. 922902
                                                  Emma S. N. H. Rodrick, Esq.
                                                  Georgia Bar No. 384843
                                                  *Attorneys for State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3052
Tel: (404) 874-8800
Jessica.Phillips@swiftcurrie.com
Emma.Hamlet@swiftcurrie.com

# CERTIFICATE OF COMPLIANCE WITH LR 5.1 (C)

This is to certify that the foregoing submission to the court was prepared using Times New Roman 14 point in accordance with LR 5.1(C).

Respectfully submitted this 8th day of August, 2024.

                          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                          */s/ Emma S. N. H. Rodrick*
                          Jessica M. Phillips
                          Georgia Bar No. 922902
                          Emma S. N. H. Rodrick
                          Georgia Bar No. 384843
                          *Attorneys for State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309-3052
Tel:   (404) 874-8800
jessica.phillips@swiftcurrie.com
emma.hamlet@swiftcurrie.com

## CERTIFICATE OF SERVICE

I have this day electronically filed the foregoing **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE TO TAKE DEPOSITION OF THE 30(b)(6) CORPORATE REPRESENTATIVE OF PHH MORTGAGE CORPORATION DUCES TECUM** with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

Willie C. Ellis Jr., Esq.
The Ellis Firm
3500 Lenox Road, Ste. 1500,
Atlanta, Georgia 30326
will@call-ellis.com
*Attorney for Plaintiff*

This 8th day of August, 2024.

                               **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

                               */s/ Emma S. N. H. Rodrick*
                               Jessica M. Phillips, Esq.
                               Georgia Bar No. 922902
                               Emma S. N. H. Rodrick, Esq.
                               Georgia Bar No. 384843
                               *Attorneys for State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3052
OFFICE: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Emma.Hamlet@swiftcurrie.com

4873-8122-4404, v. 1