**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LINDA MCDUFFIE,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO:<br>1:23-CV- 02684-AT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff LINDA MCDUFFIE and Defendant STATE FARM FIRE AND CASUALTY COMPANY, by and through their respective counsel, hereby stipulate and agree that the above-captioned action, including all claims and causes of action asserted therein, is dismissed **with prejudice**, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 12th day of August, 2025.

| SWIFT, CURRIE, MCGHEE & HIERS, LLP | THE ELLIS FIRM |
|---|---|
| */s/ Jessica M. Phillips*<br>Jessica M. Phillips, Esq.<br>Georgia Bar No. 922902<br>Emma S. N. H. Rodrick, Esq.<br>Georgia Bar No. 384843<br>*Attorneys for State Farm Fire and Casualty Company*<br><br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, Georgia 30309-3231<br>Office: (404) 874-8800<br>Facsimile: (404) 888-6199<br>Jessica.Phillips@swiftcurrie.com<br>Emma.Rodrick@swiftcurrie.com | /s/ *Willie C. Ellis Jr.*<br>Willie C. Ellis Jr., Esq.<br>Georgia Bar No. 246116<br>*Attorney for Plaintiff*<br><br>3400 Peachtree Road, N.E.,<br>Suite 725<br>Atlanta, Georgia 30326<br>Office: (770) 212-1432<br>Facsimile: (404) 393-2392<br>will@call-ellis.com |

**CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

This 12th day of August, 2025.

**THE ELLIS FIRM**

*/s/ Willie C. Ellis Jr.*
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Attorney for Plaintiff*

3400 Peachtree Road N.E.
Suite 725
Atlanta, Georgia 30326
Telephone: (770) 212-1432
Facsimile: (404) 393-2392
will@call-ellis.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LINDA MCDUFFIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO: |
| | ) | 1:23-CV- 02684-AT |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| a foreign insurance company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I have this day electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

Jessica M. Phillips
Emma S. N. H. Rodrick
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Jessica.Phillips@swiftcurrie.com
Emma.Rodrick@swiftcurrie.com
*Attorneys for State Farm Fire and Casualty Company*

This 12th day of August, 2025.

**THE ELLIS FIRM**

*/s/ Willie C. Ellis Jr.*
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Attorney for Plaintiff*

3400 Peachtree Road N.E.
Suite 725
Atlanta, Georgia 30326
Telephone: (770) 212-1432
Facsimile: (404) 393-2392
will@call-ellis.com